IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NANCY HAAS, Individually and as Representative of the ESTATE OF WILLIAM HAYNES HAAS, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 3:20-cv-00247-FM |
| PILOT TRAVEL CENTERS, LLC, d/b/a FLYING J TRAVEL PLAZA # 728, | § § § § | |
| Defendant. | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE MONTALVO:

COMES NOW, Plaintiff Nancy Haas, Individually and as Representative of the Estate of William Haynes Haas, and, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), files this Stipulation of Dismissal dismissing all of her claims that were asserted or that could have been asserted with prejudice against Defendant Pilot Travel Centers, LLC, d/b/a Flying J Travel Plaza #728, as same have been compromised and resolved.

Respectfully submitted,

/s/ Enrique Chavez, Jr.
Enrique Chavez, Jr., State Bar No. 24001873
enriquechavezjr@chavezlawpc.com
Michael R. Anderson, State Bar No. 234087103
chavezlawfirm+manderson@chavezlawpc.com
CHAVEZ LAW FIRM
2101 Stanton Street
El Paso, Texas 79902
915.351.7772
915.351.7773 facsimile

ATTORNEYS FOR PLAINTIFF

AGREED TO:

/s/ Michael B. Jones
Michael B. Jones, SBN 24002375
MJones@CanterburyLaw.Com
Kaitlyn M. McClaine, SBN 24126196
KMcClaine@CanterburyLaw.com

CANTERBURY, PC

4851 LBJ Freeway, Suite 301
Dallas, Texas   75244
(972) 239-7493
(972) 490-7739 - Fax

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on the 8th day of February, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the CM/ECF electronic case filing system of the court and/or served the foregoing document by another method authorized by Federal Rule of Civil Procedure 5(b). The electronic case filing system will send a "Notice of Electronic Filing" notification to all case participants registered for electronic notice, including all *pro se* parties and/or attorneys of record who have consented in writing to accept this Notice as a service of this document by electronic means. I further certify that I have served to the extent applicable all case participants not registered for electronic notice by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Enrique Chavez, Jr.
Enrique Chavez, Jr.