UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NANCY HASS individually and as representative of the **ESTATE OF WILLIAM HAYNES HAAS**, <br><br>    **Plaintiff,** <br><br> v. <br><br> **PILOT TRAVEL CENTERS, LLC,** d/b/a **FLYING J TRAVEL PLAZA # 728,** <br><br>    **Defendant.** | § § § § § § § § § § § § § § | **EP-20-CV-00247-FM** |

## FINAL JUDGMENT AND DISMISSAL

Before the court is "Parties' Joint Stipulation of Dismissal with Prejudice" [ECF No. 50], filed February 8, 2023, by Nancy Haas ("Plaintiff") and Pilot Travel Centers, LLC ("Defendant"). Parties may voluntarily dismiss an action without a court order by "a stipulation of dismissal signed by all parties who have appeared."[1] Both parties have signed on to this joint stipulation for dismissal. Accordingly:

1. it is **HEREBY ORDERED** that that the cause is **DISMISSED WITH PREJUDICE**.
2. All pending motions, if any, are **DENIED AS MOOT**.
3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this _9_ day of **February 2023**.

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**

---

[1] FED. R. CIV. P. 41(a)(1)(A)(ii).